UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BEINER ENTERPRISES, INC. a Washington Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ADAM CALDWELL, INC., a California Corporation; and JENNIFER CALDWELL, an individual,<br><br>Defendants. | CASE NO. 13-5776 RJB<br><br>ORDER ON MOTION TO STAY |

This matter comes before the Court on the Defendants' Motion to Stay Proceedings Pending Resolution of Defendants' Motion to Dismiss or Transfer. Dkt. 18. The Court has reviewed the pleadings filed regarding the motion and the remaining file.

Current deadlines in the case are as follows: FRCP 26f Conference Deadline is 11/25/2013; Initial Disclosure Deadline is 12/2/2013; and the Joint Status Report due is by 12/9/2013.

1     Plaintiff has filed a response and indicates that it does not oppose the motion.  Dkt. 22.

2 Defendants' motion to stay the proceedings should be granted, but new deadlines should be set.

3 Deadlines should be reset as follows:

4     FRCP 26f Conference Deadline is 12/23/2013;

5     Initial Disclosure Deadline is 12/30/2013; and

6     Joint Status Report due is by 1/6/2014.

7     **IT IS SO ORDERED**.

8     The Clerk is directed to send uncertified copies of this Order to all counsel of record and

9 to any party appearing *pro se* at said party's last known address.

10     Dated this 4th day of November, 2013.

                                      ROBERT J. BRYAN
                                      United States District Judge